UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 15-203 SI (pr) |
| JOSEPH TURNER, | **JUDGMENT** |
|     Plaintiff. | |
| _____ / | |

This action is dismissed without prejudice because plaintiff failed to keep the court informed of his address.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 7, 2015

_____
SUSAN ILLSTON
United States District Judge