UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DUANE TURNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPT. OF<br>CORRECTIONS AND REHAB., et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-1584 DB P<br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. In an order filed May 6, 2016, the court granted plaintiff's request to proceed in forma pauperis. (ECF No. 21.) On June 14, 2017, plaintiff filed a first amended complaint. (ECF No. 30.) Plaintiff's address on that complaint indicates that he is no longer incarcerated. If plaintiff wishes to continue proceeding in forma pauperis, he must submit an updated application under § 1915(a)(1). See DeBlasio v. Gilmore, 315 F.3d 396, 398 (4th Cir. 2003); Adler v. Gonzalez, No. 1:11-cv-1915-LJO-MJS (PC), 2015 WL 4041772, at *2 (E.D. Cal. July 1, 2015), report and reco. adopted, 2015 WL 4668668 (E.D. Cal. Aug. 6, 2015).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within 30 days of the date of this order, plaintiff shall either

////

   a. Submit an updated application to proceed IFP in accordance with 28 U.S.C. 1915(a)(1); or

   b. Pay the remaining $31.89 of the filing fee[1] plus the $50 administrative fee for a total $81.89.

2. Failure to submit an updated application or pay the filing and administrative fees may result in a recommendation that this action be dismissed without prejudice for failure to prosecute and failure to obey a court order.

Dated: June 20, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/turn1584.ifp update

---

[1] According to the court's records, plaintiff has paid $318.11 of the $350 filing fee.