UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DUANE TURNER, | No. 2:15-cv-1584 WBS DB P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| B. JOHNSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff contends that while he was incarcerated at Deuel Vocational Institution ("DVI") defendants retaliated against him for exercising his First Amendment rights. In an order filed September 22, 2017, District Judge Shubb informed plaintiff that within thirty days he must either file a second amended complaint or submit the documents necessary for service of the first amended complaint on defendants Johnson and Brennan. (ECF No. 36.) Thirty days have passed and plaintiff has not file an amended complaint, submitted the service documents, or otherwise responded to the September 22 order.

////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause why this court should not recommend dismissal of this action for plaintiff's failure to comply with court orders. See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

Dated: November 6, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/turn1584.osc