1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH DUANE TURNER,                    No.  2:15-cv-1584 WBS DB P

12                    Plaintiff,

13          v.                               FINDINGS AND RECOMMENDATIONS

14   B. JOHNSON, et al.,

15                    Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action

18   under 42 U.S.C. § 1983.  Plaintiff contends that while he was incarcerated at Deuel Vocational

19   Institution ("DVI") defendants retaliated against him for exercising his First Amendment rights.

20   On May 5, 2016, a previously-assigned magistrate judge found service of plaintiff's original

21   complaint appropriate on defendants Brennan and Johnson.  (ECF No. 21.)   Plaintiff then sought

22   to amend his complaint.  On April 17, 2017, plaintiff filed a first amended complaint.  (ECF No.

23   30.)  Upon screening, in an order filed July 7, the undersigned magistrate judge found plaintiff

24   stated claims against defendants Brennan and Johnson but failed to state cognizable claims

25   against the other twenty-two defendants.  (ECF No. 32.)  Plaintiff was advised that he could

26   proceed on his first amended complaint against defendant Brennan and Johnson or file an

27   amended complaint.

28   ////

1

1    In August, plaintiff submitted service documents, but insufficient copies of his complaint, for

2    defendants Brennan and Johnson.  At the same time, plaintiff challenged the dismissal of the

3    remaining defendants.  (ECF No. 33.)   In response, the court reaffirmed its prior rulings and

4    ordered plaintiff to either, file an amended complaint, seek reconsideration from the district judge

5    of the court's July 7 screening order, or inform the court that he wishes to proceed against

6    defendants Johnson and Brennan and submit sufficient copies of the first amended complaint to

7    do so.   (ECF No. 34.)

8        Plaintiff sought reconsideration by the district judge of the July 7 screening order.  (ECF No.

9    35.)  In an order filed September 22, the district judge affirmed the July 7 screening order and

10   plaintiff was again given the opportunity to either amend his complaint or inform the court that he

11   wishes to proceed against only Johnson and Brennan.  (ECF No. 36.)  When plaintiff did not

12   respond in any way to the district judge's order, the undersigned issued an order to show cause

13   why this case should not be dismissed for plaintiff's failure to comply with court orders.  (Nov. 6,

14   2017 Order (ECF No. 37).)  Plaintiff was given fourteen days to file a response.   Plaintiff has not

15   filed any response to the order to show cause.

16       Accordingly, IT IS HEREBY RECOMMENDED that this case be dismissed without

17   prejudice for plaintiff's failure to comply with court orders.  See E.D. Cal. R. 110; Fed. R. Civ. P.

18   41.

19       These findings and recommendations will be submitted to the United States District Judge

20   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

21   after being served with these findings and recommendations, plaintiff may file written objections

22   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

23   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

24   ////

25   ////

26   ////

27   ////

28   ////

time may result in waiver of the right to appeal the district court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  December 8, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/turn1584.fr